IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBBIN L. COLLIER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 16-4783 |
| NANCY A. BERRYHILL,[1] | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

JOEL H. SLOMSKY, J.,

AND NOW, this 5th day of JUNE, 2017, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is GRANTED IN PART, and the matter is REMANDED, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further review consistent with the Report and Recommendation.

3. The Clerk of Court is directed to remove this matter from the suspense docket and

---

[1] On January 23, 2017, Carolyn W. Colvin was succeeded by Nancy A. Berryhill as the Acting Commissioner of the Social Security Administration. See http://www.lb7.uscourts.gov/documents/15-1210.pdf (last visited May 15, 2017). Accordingly, pursuant to Fed. R. Civ. P. 25(d), she is substituted as the named Defendant in this action.

cc: legal

mark the case as CLOSED.

BY THE COURT:

_/s/ Joel Slomsky_
JOEL H. SLOMSKY, J.